COM.

v.

STALEY, G.

1429 WDA 2016

Superior Court of Pennsylvania.

06/28/2017

CP–02–CR–0000493–2015 (Allegheny)

Affirmed—Application to Withdraw as Counsel Granted